Case 1:09-cv-10510-VM   Document 12   Filed 05/26/10   Page 1 of 2

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-26-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

ALI Z. BAXTER,

                               Plaintiff,

            -against-

Captain FADINA; Captain MARTE; Captain SANTANA,
Shield # 157; Correction Officer BAEZ, Shield # 4517;
Correction Officer FALLING, Shield # 12057; THE CITY
OF NEW YORK; JOHN DOE # 1; JOHN DOE # 2, JOHN
DOE # 3,

                               Defendants.

-------------------------------------------------------------------- x

**ORDER**

09 Civ. 10510 (VM)

Upon the request of plaintiff for leave to inspect the Vernon C. Bain Center ("VCBC"), 1 Halleck St., Bronx, NY, 10474, for the purpose of photographing certain areas of the facility, specifically: Housing Area 1 A/B, including the 1A Sally Port Area and the elevator bank located there; and the Intake Area including the decontamination showers;

**IT IS HEREBY ORDERED:** that the Warden or other official in charge of the Vernon C. Bain Center allow plaintiff's counsel and a photographer with photography equipment, to enter Housing Area 1 A/B of the VCBC including the 1A Sally Port Area and the elevator bank located there, and the Intake Area including the decontamination showers, in order to take still photographs of the above-referenced areas on May 28, 2010, between the hours of 11 a.m. and 3 p.m. The capturing and keeping of photographs pursuant to this Order is subject to the Stipulation and Protective Order executed by the parties on May 24, 2010.

Dated: New York, New York
           26 May 2

Victor Marrero, U.S.D.J.



| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | BENJAMIN E. STOCKMAN<br>*Assistant Corporation Counsel*<br>Telephone: (212) 788-1177<br>Fax: (212) 788-9776<br>bstockma@law.nyc.gov |

May 26, 2010

### BY EMAIL TO THE ORDERS AND JUDGMENTS CLERK AND HAND DELIVERY

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Ali Z. Baxter v. City of New York, et al., 09 Civ. 10510 (VM)

Your Honor:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants in the above-referenced matter.

    Defendants request that the Court sign a proposed order permitting plaintiff to inspect the Vernon C. Bain Correctional Center for the purpose of photographing certain areas of the facility as specified in the attached proposed order.

    I thank the Court for its time and consideration of this request.

    Respectfully submitted,

    Benjamin E. Stockman
    Assistant Corporation Counsel

Enc.

Cc:    Ihsan Dogramaci, Esq., attorney for plaintiff (by Fax)